# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-746-714

**Effective date of
registration:**

July 25, 2011

---

## Title

**Title of Work:** PHAT BLACK JUICY ANAL BOOTY 8

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** July 19, 2011   **Nation of 1st Publication:** United States

## Author

**Author:** West Coast Productions, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** West Coast Productions, Inc.

10040 Remmet Ave, Chatsworth, CA, 91311, United States

## Rights and Permissions

**Organization Name:** West Coast Productions, Inc.

**Name:** James Alexander

**Telephone:** 818-709-0100

**Address:** 10040 Remmet Ave

Chatsworth, CA 91311  United States

## Certification

**Name:** Joel Medina

**Date:** July 19, 2011