U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

OCT 18 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| West Coast Productions, Inc. | Civil Action 12-1713 |
| versus | Judge Richard T. Haik |
| Swarm Sharing Hash Files, et al | Magistrate Judge C. Michael Hill |

**ORDER**

Before the Court is Plaintiff West Coast Production, Inc's Statement of Appeal From August 17, 2012 Ruling [Rec. Doc. 18] and a Memorandum in Opposition thereto filed by Defendant John Doe #1320 [Rec. Doc. 49]. Plaintiff objects to the following portions of Magistrate Judge Hill's August 17, 2012 Ruling [Rec. Doc. 15]: (1) the severance of all Does (except for Doe No. 1) from the action for improper joinder, and (2) quashing of all outstanding subpoenas, and requests that the Court review and reverse the magistrate judge's Order because the decision was "procedurally and substantively erroneous."

Rule 72(a) of the Federal Rules of Civil Procedure governs the review of Magistrate Judge orders by district court judges. Rule 72(a) provides in pertinent part that:

> "[w]ithin 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order....The district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law."

Fed.R.Civ.P. 72(a). In applying this "clearly erroneous or contrary to law" standard,

a district court shall affirm the decision of the magistrate judge unless, based on all of the evidence, the court is left with a definite and firm conviction that the magistrate judge made a mistake. *Uviedo v. Steves Sash & Door Co.,* 738 F.2d 1425 (5th Cir. 1984) (citing *United States v. United States Gypsum Co.,* 333 U.S. 364 (1948)).

Upon reviewing the Magistrate Judge's August 17, 2012 Ruling, *R. 15,* and the entire record before the Court, the Court concludes that the Magistrate Judge applied the appropriate legal standards to the issues raised and did not make any clear error in his order nor in his ruling. Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Ruling is **AFFIRMED** and Plaintiff West Coast Production, Inc's Statement of Appeal From August 17, 2012 Ruling [Rec. Doc. 18] is hereby **DENIED**.

**THUS DONE AND SIGNED** this 17th day of October, 2012 at Lafayette, Louisiana.

_____
RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE